# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jamie Lynn Klingler aka Jaime L. Klingler<br>Joseph Michael Klingler aka Joseph M. Klingler<br>Debtor(s)<br><br>COLONIAL SAVINGS F.A., its successors and/or assigns<br>Movant<br>vs.<br><br>Jamie Lynn Klingler aka Jaime L. Klingler<br>Joseph Michael Klingler aka Joseph M. Klingler<br>Debtor(s)<br><br>Jack N. Zaharopoulos<br>Trustee | CHAPTER 13<br><br><br><br>NO. 21-02240 HWV |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of COLONIAL SAVINGS F.A., which was filed with the Court on or about **December 10, 2021 (Doc. No. 26)**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated:  December 21, 2021