UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOSEPH MICHAEL KLINGER and JAIME LYNN KLINGLER<br>　Debtor(s) | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>　Movant | : | |
| vs. | : | |
| JOSEPH MICHAEL KLINGLER and JAIME LYNN KLINGLER<br>　Respondent(s) | : | CASE NO. 1-21-bk-02240 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

AND NOW, this 3rd day of January, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about November 30, 2021 be withdrawn as all issues have been resolved.

　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　/s/Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 3rd day of January, 2022, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

James Sheppard, Esquire
2201 North 2nd Street
Harrisburg, PA  17110

　　　　　　　　　　　　　　　　/s/Deborah A. Behney
　　　　　　　　　　　　　　　　Office of Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee