IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| Joseph Michael Klingler | : | |
| aka Joseph M. Klingler | : | CASE NO. 1:21-bk-02240 |
| Jaime Lynn Klingler | : | |
| aka Jaime L. Klingler | : | |
| Debtors | : | |

## PRAECIPE TO WITHDRAW APPEARANCE

I hereby withdraw my appearance regarding the above-referenced matter.

Respectfully submitted,

DATE: January 15, 2022         /s/James P. Sheppard
_____
JAMES P. SHEPPARD, ESQUIRE
2201 NORTH SECOND STREET
HARRISBURG, PA 17110
TELEPHONE: (717) 232-5551
ATTORNEY ID 34944
(ATTORNEY FOR DEBTORS)

## PRAECIPE TO ENTER APPEARANCE

Please enter my appearance in the above-referenced matter.

Respectfully submitted,

DATE: January 15, 2022         /s/Lisa A. Rynard
_____
LISA A. RYNARD, ESQUIRE
240 BROAD STREET
MONTOURSVILLE, PA 17754
TELEPHONE: (717) 775-6656
ATTORNEY ID 92802
(ATTORNEY FOR DEBTORS)