UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
JOSEPH MICHAEL KLINGLER : CASE NO. 1-21-02240-HWV
JAMIE LYNN KLINGLER :
          Debtors :

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on this date, I served a copy of the Order Confirming the Chapter 13 Plan dated January 26, 2022 on the following parties in this manner:

| Name and Address | Mode of Service |
|---|---|
| All creditors and parties as listed on attached matrix & parties list. | Regular First Class Mail Postage pre-paid |

Date: January 31, 2022

By:/s/ Lisa A. Rynard
Lisa A. Rynard, Esquire
Law Office of Lisa A. Rynard
240 Broad Street
Montoursville, PA 17754

Label Matrix for local noticing
0314-1
Case 1:21-bk-02240-HWV
Middle District of Pennsylvania
Harrisburg
Mon Jan 31 08:22:41 EST 2022

Wells Fargo Bank N.A., d/b/a Wells Fargo
PO Box 130000
Raleigh
nc 27605-1000

AES
PO Box 65093
Baltimore, MD 21264-5093

Adams County Tax Claim Bureau
117 Baltimore St
Gettysburg, PA 17325-2313

Adams County Tax Claim Bureau
117 Baltimore St Rm 202
Gettysburg, PA 17325-2313

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

Capital One
c/o Hayt Hayt & Landau LLC
2 Industrial Way W
Eatontown, NJ 07724-2265

Capital One
c/o Ratchford Law Group
54 Glenmaura National Blvd Ste 104
Moosic, PA 18507-2161

Capital One Bank
c/o Ratchford Law Group
54 Glenmaura National Blvd Ste 104
Moosic, PA 18507-2161

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Chambersburg Imaging Associates PC
144 S 8th St Ste 108
Chambersburg, PA 17201-2752

Colonial Savings
Mortgage Services
P.O. Box 2988
Fort Worth, TX 76113-2988

Colonial Savings
PO Box 2988
Fort Worth, TX 76113-2988

Financial Recoveries
PO Box 1388
Mount Laurel, NJ 08054-7388

Gettysburg Hospital
147 Gettys St
Gettysburg, PA 17325-2536

Jaime Lynn Klingler
874 Orrtanna Rd
Orrtanna, PA 17353-9748

Joseph Michael Klingler
874 Orrtanna Rd
Orrtanna, PA 17353-9748

Klingler Jaime Lynn
874 Orrtanna Rd
Orrtanna, PA 17353-9748

Klingler Joseph Michael
874 Orrtanna Rd
Orrtanna, PA 17353-9748

Lauren C Cullison Tax Collector
2275 Mummasburg Rd
Gettysburg, PA 17325-7421

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Lisa A Rynard
Law Office of Lisa A. Rynard
240 Broad Street
Montoursville, PA 17754-2282

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106-1541

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Wells Fargo
PO Box 14529
Des Moines, IA 50306-3529

Wells Fargo
PO Box 17900
Denver, CO 80217-0900

Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
PO Box 130000
Raleigh NC 27605-1000

Wells Fargo Bank, N.A.
Default Document Processing
P.O. Box 1629 N9286-01Y
Minneapolis, MN 55440-1629

Wellspan Health
PO Box 645734
Cincinnati, OH 45264-5734

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americollect
PO Box 1566
Manitowoc, WI  54221-1566

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)COLONIAL SAVINGS F.A.

(u)James P Sheppard Esquire
Removed per Entry #33

End of Label Matrix
Mailable recipients   31
Bypassed recipients    2
Total                 33